■ JOHN M. RUDEY et al., Respondents, v BROWN, HARRIS, STEVENS, INC., Appellant. [649 NYS2d 787] —Order , Supreme Court, New York County (Walter Schackman, J.), entered January 18, 1996, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No

opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.